**United States District Court, District of Utah, COUNTY OF SALT LAKE**

| | |
|---|---|
| Plaintiff/Petitioner: **Multivoice LLC** <br> vs. <br> Defendant/Respondent: **NGM Insurance Company, a Florida Company** | **PROOF OF SERVICE** <br> Case No: **118-cv-00171-RJS** <br> Court Date/Time: **00/00/0000 / 12:00 AM** <br> Court Room: |

Legal documents received by Statewide Process Servers on the 26th day of December, 2018 at 2:03 PM to be served on:

**NGM Insurance Company c/o National Registered Agents**
1108 E South Union Ave
Midvale, UT 84047

I, **Adam Robins**, am over the age of 18, I am not a party to this action, and I am not an attorney for a party to this action. On the **28th December, 2018 at 01:50 PM**, I did the following:

**Corporate Serve:** By personally handing the legal document(s) with a conformed copy of this **SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY DEMAND** to **Michelle Fowler**, **AUTHORIZED PERSON**, at **1108 E South Union Ave, Midvale, UT 84047** at approximately **01:50 PM** on **28th December, 2018**.

**Supplemental Data Appropriate to this Service:**

I have not included any non-public information in this document.

I declare under criminal penalty under the law of Utah that the foregoing is true and correct.

X_____
Adam Robins - PI# A103445
Statewide Process Servers
PO Box 845
West Jordan, UT, 84084
801-809-4133

Service Fee: **$35.00**

**Manning Curtis Brandshaw and Bednar**
**136 e South Temple #1300**
**Salt Lake City, UT 84111**
**(801) 363-5678**
**Atty File#: 118-cv-00171-RJS**
**jji@mc2b.com**

162126   162126   162126   162126   162126   162126

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | ) |
|---|---|
| Multivoice, LLC, a Utah company | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:18-cv-00171-RJS |
| NGM Insurance Company, a Florida company | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NGM Insurance Company
4601 Touchton Rd E. Ste. 3400
Jacksonville, Florida 32246-4486
c/o National Registered Agents, Inc.
1108 E. South Union Avenue
Midvale, Utah 84047

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: MANNING CURTIS BRADSHAW
   & BEDNAR PLLC
Alan Bradshaw, Christopher M. Glauser
136 East South Temple, Suite 1300
Salt Lake City, Utah 84111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

D. Mark Jones
*CLERK OF COURT*

Date: 12/26/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-00171-RJS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...                                                                       Reset